**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In Re: GREGG TAKAFUMI OMINE,**
**MICHELLE LYNN OMINE, Debtors,**

**FLORIDA DEPARTMENT OF REVENUE,**

           **Appellant,**

**-vs-**                                       **Case No. 6:05-cv-1633-Orl-31DAB**

**GREGG TAKAFUMI OMINE,**
**MICHELLE LYNN OMINE,**

           **Appellees.**

_____

## ORDER

This matter comes before the Court on the order (Doc. 29) of the United States Court of Appeals for the Eleventh Circuit, denying without prejudice the Appellant's motion to dismiss the case and remanding the Appellant's Rule 60(b) motion to vacate this Court's judgment. The Appellant has not filed a motion to dismiss in this Court, and the undersigned has not seen the Rule 60(b) motion. Thus the Court is not in a position to determine either issue – even assuming that the parties intend to seek such a determination here.

In consideration of the foregoing, the parties are **ORDERED** to file a status report on or before July 20, 2007. The status report should specify the relief the parties intend to seek, if any,

and a time frame for doing so.  If there are any other issues the Court will need to address, the status report should identify them as well.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 11, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party